*Samuel Feldman* for appellants.
*Morris Katz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of GEORGE GLINTENKAMP et al., Appellants, against JOHN F. O'CONNELL et al., Individually and as Members of the STATE LIQUOR AUTHORITY, et al., Respondents.

Argued November 27, 1946; decided January 9, 1947.

*Monroe I. Katcher, II,* for appellants.
*Alvin McKinley Sylvester* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.